UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

KENNETH HINES and          §
TERESA HINES               §
    *Plaintiffs,*       §
                           §
v.                         §        NO. 2:15-CV-00280
                           §
                           §
                           §
FERGUSON TRUCKING and      §
WARREN ERNEST JONES,       §
    *Defendants.*       §

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON to be heard the Joint Motion to Dismiss with Prejudice filed by

Plaintiffs Kennith Hines and Teresa Hines and Defendants Ferguson, Inc., improperly

named as "Ferguson Trucking," and Warren Earnest Jones.  Having considered the

motion, briefing, pleadings on file and applicable law, the Court hereby GRANTS the

Joint Motion.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that all claims and

causes of action asserted or which could have been asserted by Plaintiffs against

Defendants in this action are dismissed with prejudice to the refiling of same.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that all costs will be

borne by the party incurring same.

This ORDER disposes of all parties, claims and issues, and is final.

Order of Dismissal with Prejudice - Page 1

**SIGNED this 24th day of August, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE